

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

In Re:

| | |
|---|---|
| William Leander Mooney, IV | Case No. 16-21199-WIL |
| Nancy Olivia Mooney | Chapter 7 |
| Debtors | |

### ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S OBJECTION TO EXEMPTIONS

Upon consideration of the Debtors' Motion to Extend Time to Respond to the Trustee's Objection to Debtors' Amended Schedule of Property Claimed as Exempt (Dkt. 35) ("Objection"); any response or opposition thereto; and it appearing that good cause exists to grant the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the time for Debtors to respond to the Objection is extended to thirty (30) days after the entry of a final order in Case No. 435769V in the Circuit Court for Montgomery County, Maryland or a fully executed settlement agreement in that case.

Copies to:

Michael G. Wolff
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850-7203

U.S. Trustee
Office of the U.S. Trustee
6305 Ivy Lane Suite 600
Greenbelt, MD 20770

Jeffrey M. Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850-7203
*Counsel for Chapter 7 Trustee*

Craig Palik, Esq.
McNamee Hosea PA
6411 Ivy Lane Suite 200
Greenbelt, MD 20770

**END OF ORDER**