UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: §
§
William Leander Mooney, IV § Case No. 16-21199
Nancy Olivia Mooney §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. WOLFF, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 428,204.74 *(Without deducting any secured claims)* | Assets Exempt: 112,112.00 |
| Total Distributions to Claimants: 485.46 | Claims Discharged Without Payment: 749,951.63 |
| Total Expenses of Administration: 11,514.54 | |

3) Total gross receipts of $ 12,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 669,381.79 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,514.54 | 11,514.54 | 11,514.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,044.54 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,508.19 | 502.57 | 502.57 | 485.46 |
| TOTAL DISBURSEMENTS | $ 749,934.52 | $ 12,017.11 | $ 12,017.11 | $ 12,000.00 |

4) This case was originally filed under chapter 7 on 08/19/2016. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2019        By:/s/MICHAEL G. WOLFF, Chapter 7 Trustee
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pre-pettion Claim against Bank United NA | 1149-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BSI Financial Services, 314 S Franklin St. P.O. Box 517 Titusville, PA 16354 | | 648,717.78 | NA | NA | 0.00 |
| | Lexus Financial Services, PO Box 5855 Carol Stream, IL 60197-5855 | | 1,924.24 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Service, P.O. Box 17900 Denver, CO 80217-0900 | | 18,739.77 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 669,381.79 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. WOLFF | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| MICHAEL G. WOLFF | 2200-000 | NA | 79.54 | 79.54 | 79.54 |
| Signature Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Comptroller of Maryland | 2820-000 | NA | 325.00 | 325.00 | 325.00 |
| WOLFF & ORENSTEIN, LLC | 3110-000 | NA | 8,600.00 | 8,600.00 | 8,600.00 |
| ERIC FIG, CPA | 3410-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 11,514.54 | $ 11,514.54 | $ 11,514.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | 1,044.54 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,044.54 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, P.O. Box 15284 Wilmington, DE 19850 | | 6,152.17 | NA | NA | 0.00 |
| | Capital One, P.O. Box 105474 Atlanta, GA 30348-5474 | | 150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot, P.O. Box 790393 St. Louis, MO 63218-3083 | | 3,691.00 | NA | NA | 0.00 |
| | Macy's, P.O. Box 183083 Columbus, OH 43218-3083 | | 3,919.42 | NA | NA | 0.00 |
| | Macy's, P.O. Box 183083 Columbus, OH 43218-3083 | | 2,584.19 | NA | NA | 0.00 |
| | Midland Funding LLC, 2365 Northside Dr., Suite 300 San Diego, CA 92108 | | 5,735.52 | NA | NA | 0.00 |
| | Navy Federal Credit Union, P.O. Box 3000 Merrifield, VA 22119-3000 | | 19,512.07 | NA | NA | 0.00 |
| | Navy Federal Credit, P.O. Box 3000 Merrifield, VA 22119-3000 | | 18,492.00 | NA | NA | 0.00 |
| | Sears MasterCard, P.O. Box 6282 Sioux Falls, SD 57117-6282 | | 4,387.42 | NA | NA | 0.00 |
| | Springleaf Financial, P.O. Box 64 Evansville, IN 47701-0064 | | 14,884.40 | NA | NA | 0.00 |
| 1 | Internal Revenue Service | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 2 | Verizon | 7100-000 | NA | 502.57 | 502.57 | 485.46 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 79,508.19 | $ 502.57 | $ 502.57 | $ 485.46 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-21199 | WIL | Judge: | Wendelin I. Lipp | Trustee Name: | MICHAEL G. WOLFF, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | William Leander Mooney, IV | | | | Date Filed (f) or Converted (c): | 08/19/2016 (f) |
| | Nancy Olivia Mooney | | | | 341(a) Meeting Date: | 09/28/2016 |
| For Period Ending: | 04/08/2019 | | | | Claims Bar Date: | 01/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 807 Pengrove Court Bowie Md 20716-0000 Prince Georges (u) | 305,000.00 | 305,000.00 | | 0.00 | FA |
| 2. 2005 Lexus Rx Mileage: 110,000 Outstanding Balance: $1,924.2 | 8,600.00 | 8,600.00 | | 0.00 | FA |
| 3. 2012 Honda Crosstour Mileage: 40,000 Outstanding Balance: $1 | 15,011.00 | 15,011.00 | | 0.00 | FA |
| 4. Upstairs Living Area: Assorted Christmas Decorations; Grandf | 2,495.00 | 0.00 | | 0.00 | FA |
| 5. 2 Bikes | 300.00 | 0.00 | | 0.00 | FA |
| 6. William's Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Nancy's Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Nancy Mooneys: Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 9. William Mooney: 2 Watches | 300.00 | 0.00 | | 0.00 | FA |
| 10. Navy Fcu Share Account No: Xxx 1401 [Not Active, But Not Abl | 0.00 | 0.00 | | 0.00 | FA |
| 11. Navy Fcu Share Account No: Xxx 1005 [Not Active, But Not Abl | 0.00 | 0.00 | | 0.00 | FA |
| 12. Navy Fcu Account No: Xxx 1708 [Not Active, But Not Able To C | 0.00 | 0.00 | | 0.00 | FA |
| 13. Navy Fcu Money Market Savings Account No: Xxx 5161 [Not Acti | 0.00 | 0.00 | | 0.00 | FA |
| 14. Pnc Xxx 1165 | 1,368.24 | 0.00 | | 0.00 | FA |
| 15. Appa Pension | 0.00 | 0.00 | | 0.00 | FA |
| 16. Pension: National Naval Medical Ctr | 0.00 | 0.00 | | 0.00 | FA |
| 17. Nancy Mooney - Protective Term Life Insurance - No Cash Valu | 0.00 | 0.00 | | 0.00 | FA |
| 18. William Mooney - Lincoln Heritage Life Ins. | 262.00 | 0.00 | | 0.00 | FA |
| 19. William Mooney - Protective Term Life Insurance - No Cash Va | 0.00 | 0.00 | | 0.00 | FA |
| 20. Nancy Mooney - Lincoln Heritage Life Ins. - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-21199 | WIL | Judge: | Wendelin I. Lipp | Trustee Name: | MICHAEL G. WOLFF, Chapter 7 Trustee |
| Case Name: | William Leander Mooney, IV | | | | Date Filed (f) or Converted (c): | 08/19/2016 (f) |
| | Nancy Olivia Mooney | | | | 341(a) Meeting Date: | 09/28/2016 |
| For Period Ending: | 04/08/2019 | | | | Claims Bar Date: | 01/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Pre-pettion Claim against Bank United NA<br><br>Claim for unfair and deceptive practices in the sale of the Mooney's loan while concealing the terms of their loan mod to Bank United's successors in interest..<br><br>Objection (Docket #35) to Debtor's amended exemptions (Docket #27)  filed 10/31/17 | 270,000.00 | 170,000.00 | | 12,000.00 | FA |
| 22. Mixed pre-petition and post-petition claims (u) | 100,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $704,236.24   $498,611.00   $12,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

3/11/2018 checks cut

1/28/18 TFR submitted to UST for review

12/19/18 Waiting on approval of compromise, Lodestar, TFR

11/7/18  IRS requested amendments to the Tax Returns; Revised Returns mailed to IRS and Special Procedures with request for prompt determination

10/4/18  Tax Returns mailed, TFR after 12/4/18
9/20/2018 Docs sent to Fig for taxes

8/23/13 Settlement check for $12,000.00 received.

6/26/2018 Order Granting Motion to Settle Claim (related document(s): Application to Compromise Controversy filed by Trustee Michael G. Wolff). (Adams, Chris) (Entered: 06/26/2018 JMO to follow up on the money

5/29/18 App to Compromise Controversary filed and Notice mailed to all creditors

3/30/2018 - update- debtor cannot purchase the estates claim/ Waiting to hear back from Matt Cohen, Esq. who represents BankUnited regarding inquiry to settle for $12,000 claim with BankUnited.

3/13/2018 -Trustee received a call from BankUnited asking if the Trustee is interested in settling the claim against BankUnited.  Investigating the claim and intend to confer with Debtor's counsel before a settlement is negotiated which would include resolution of all claim and admin expense..

2/28/2018 - case to be reviewed to determine if assets can be collected/ will follow up with counsel.

12/18/17 Waiting to determine if assets will be collected

10/23/17 Line to withdraw NDR filed.  App to Employ JMO filed.

Case Reopened to administer a pre-petition asset not fully exempted.  Line to Withdraw the NDR was filed.  Reappointed by UST; object to exemption and pursue recovery of pre petition mortgage claim.


Initial Projected Date of Final Report (TFR): 07/15/2018          Current Projected Date of Final Report (TFR): 07/15/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-21199 | Trustee Name: | MICHAEL G. WOLFF, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | William Leander Mooney, IV | Bank Name: | Signature Bank |
| | Nancy Olivia Mooney | Account Number/CD#: | XXXXXX6678 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9191 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 04/08/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/18 | 21 | BWW Law Group, LLC<br>Attorney IOLTA Trust Account<br>6303 Executive Boulevard, Suite 101<br>Rockville, MD 20852 | Settlement of Claim | 1149-000 | $12,000.00 | | $12,000.00 |
| 09/10/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,990.00 |
| 09/12/18 | | Transfer to Acct # xxxxxx0187 | Transfer of Funds | 9999-000 | | $11,990.00 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $12,000.00 | $12,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $11,990.00 |
| Subtotal | $12,000.00 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $10.00 |

Page Subtotals: $12,000.00  $12,000.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-21199 | Trustee Name: MICHAEL G. WOLFF, Chapter 7 Trustee | Exhibit 9 |
| Case Name: William Leander Mooney, IV | Bank Name: Axos Bank | |
| Nancy Olivia Mooney | Account Number/CD#: XXXXXX0187 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9191 | Blanket Bond (per case limit): $3,000,000.00 | |
| For Period Ending: 04/08/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/18 | | Transfer from Acct # xxxxxx6678 | Transfer of Funds | 9999-000 | $11,990.00 | | $11,990.00 |
| 10/04/18 | 2001 | Comptroller of Maryland<br>Revenue Administration Division<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | 2017 Taxes | 2820-000 | | $325.00 | $11,665.00 |
| 03/11/19 | 2002 | MICHAEL G. WOLFF<br>15245 SHADY GROVE ROAD<br>Suite 465-North<br>ROCKVILLE, MD 20850 | Distribution | | | $1,079.54 | $10,585.46 |
| | | MICHAEL G. WOLFF | Final distribution creditor ($1,000.00) account # representing a payment of 100.00 % per court order. | 2100-000 | | | |
| | | MICHAEL G. WOLFF | Final distribution creditor ($79.54) account # representing a payment of 100.00 % per court order. | 2200-000 | | | |
| 03/11/19 | 2003 | WOLFF & ORENSTEIN, LLC<br>15245 SHADY GROVE ROAD<br>SUITE 465, NORTH LOBBY<br>ROCKVILLE, MD 20850 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $8,600.00 | $1,985.46 |
| 03/11/19 | 2004 | ERIC FIG, CPA<br>ERIC FIG LLC<br>12036 TRAILRIDGE DRIVE<br>POTOMAC, MD 20854 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $1,500.00 | $485.46 |
| 03/11/19 | 2005 | Verizon<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 2 creditor account # representing a payment of 96.60 % per court order. | 7100-000 | | $485.46 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,990.00 | $11,990.00 |
| Less: Bank Transfers/CD's | $11,990.00 | $0.00 |
| Subtotal | $0.00 | $11,990.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $11,990.00 |

Page Subtotals: $11,990.00 $11,990.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0187 - Checking | $0.00 | $11,990.00 | $0.00 |
| XXXXXX6678 - Checking | $12,000.00 | $10.00 | $0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |

Page Subtotals:  $0.00  $0.00